IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMTROL HOLDINGS, INC., *et al.*[1] | : | Case No. 06-11446 (KG) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Related Docket Nos. 677 and 678 |

` 08-282`

## NOTICE OF APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8001 AND 28 U.S.C. SECTION 158(a)(1)

Amtrol Holdings, Inc., Amtrol Inc., and Amtrol International Investments Inc. (collectively, the "**Reorganized Debtors**"), by and through their undersigned counsel, hereby appeal under 28 U.S.C. §158(a)(1) from the Order and Memorandum Opinion of the United States Bankruptcy Court for the District of Delaware filed on April 1, 2008 [Docket Nos. 677 and 678].

The names of all parties to the Order and Memorandum Opinion appealed from, and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **Parties** | **Counsel** |
|---|---|
| Amtrol Holdings, Inc., Amtrol, Inc. and Amtrol International Investments Inc. | Stuart M. Brown<br>William E. Chipman, Jr.<br>R. Craig Martin<br>Mark D. Olivere<br>Edwards Angell Palmer & Dodge LLP<br>919 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 777-7770 (telephone)<br>(302) 777-7263 (fax) |

---

[1] Additional Reorganized Debtors include all of Amtrol Holdings, Inc.'s wholly-owned direct and indirect domestic subsidiaries: Amtrol Inc.; Water Soft LLC (f/k/a/ Water Soft Inc.); and Amtrol International Investments Inc.

WLM 513260.1

|  |  |
|---|---|
|  | Stephen J. Maassen<br>Hoagland, Fitzgerald, Smith & Pranaitis<br>401 Market Street<br>P.O. Box 130<br>Alton, Illinois 62002 |
| Kenneth Elder, Sr., Barbara Elder,<br>L____ H. F____r, by his mother and next<br>Friend, and A____ ₁N____ ·E____·, by her<br>Mother and next friend | Patricia P. McGonigle<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>(302) 888-0600 (telephone)<br><br>Steven M. Wallace<br>The Kunin Law Offices, LLC<br>412 Missouri Avenue<br>East St. Louis, IL 62201<br>(618) 274-0434 (telephone)<br><br>Alan G. Pirtle<br>The Rex Carr Law Firm, LLC<br>412 Missouri Avenue<br>East St. Louis, IL 62201<br>(618) 274-0434 (telephone) |
| Dated: Wilmington, Delaware<br>April 11, 2008 | Respectfully submitted,<br><br>EDWARDS ANGELL PALMER & DODGE LLP<br><br>___/s/ Mark D. Olivere_____<br>Stuart M. Brown (No. 4050)<br>William E. Chipman, Jr. (No. 3818)<br>R. Craig Martin (No. 5032)<br>Mark D. Olivere (No. 4291)<br>919 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 777-7770<br>(302) 777-7263<br><br>*Counsel to the Reorganized Debtors* |

- 2 -

WLM 513260.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11    ⁓ 0 8 ⁻ 2 8 2 |
| | ) | |
| AMTROL HOLDINGS, INC., *et al.*, | ) | Case No. 06-11446(KG) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | Re: D.I. Nos. 442 and 577 |

## ORDER

The Court has carefully considered (1) the Reorganized Debtors' Third Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Fed.R.Bankr.P. 3007 [Books and Records - Substantive], dated June 27, 2007 ("the Claims Objection") (D.I. 442), applicable to the claims ("the Elder Claims") of Kenneth Elder, Sr. and Barbara Elder, jointly, L H. E  and A  N  E   ("the Elders"); and (2) the Elders' Motion for Abstention ("the Abstention Motion") (D.I. 577). For the reasons contained in the Court's Memorandum Opinion of even date, IT IS ORDERED that:

1. The Claims Objection is DENIED, and the Elder Claims are to be adjudicated on the merits.

2. The Abstention Motion is DENIED.

3. The matter is referred to the United States District Court for the District of Delaware to determine pursuant to 28 U.S.C. § 157(b)(5) whether the Elder Claims should be adjudicated in this District or the district court in the district in which the litigation underlying the Elder Claims is pending.

Dated: April 1, 2008

_____
KEVIN GROSS, U.S.B.J.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

APPEAL TRANSMITTAL SHEET

08-282

Case Number: __06-11446__    ● BK    ○ AP
If AP, related BK Case Number: _____

Title of Order Appealed:
__Order Denying The Claims Objection and Denying the Abstention Motion__
Docket Number: __678__    Date Entered: __4/01/2008__

Item Transmitted:    ○ Notice of Appeal         ○ Motion for Leave to Appeal
                     ○ Amended Notice of Appeal ● Cross Appeal
Docket Number: __682__    Date Filed: __4/11/2008__

*Appellant/Cross Appellant:                *Appellee/Cross Appellee:
__Amtrol Holdings, Inc., et. al.__         __The Elder Family__
Counsel for Appellant:                     Counsel for Appellee:
__William E. Chipman, Jr.__                __Patricia P. McGonigle__
__Stuart M. Brown__                        __Steven M. Wallace__
__Mark D. Olivere__                        __Alan G. Pirtle__
__R. Craig Martin__
__Steven Maassen__

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?    ● Yes    ○ No

IFP Motion Filed by Appellant?    ○ Yes    ○ No

Have Additional Appeals to the Same Order been Filed?    ● Yes    ○ No
    If so, has District Court assigned a Civil Action Number?    ○ Yes    ● No    Civil Action # _____

Additional Notes:
__Appellee's Designations Not Received For Cross Appeal__


__5/14/2008__                              By: __Anissa Cothran__
Date                                           Deputy Clerk

                                           FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __08-22__
7/6/06